**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PIKE COUNTY SCHOOL CORPORATION and METROPOLITAN SCHOOL DISTRICT OF WABASH COUNTY

v. JUUL LABS, INC. et. al

*This Document Relates to:*

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO)

3:22-cv-02398 (WHO)

**NOTICE OF DISMISSAL**

Hon. William H. Orrick

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action[1]:

- ALTRIA GROUP, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC
- PHILIP MORRIS USA, INC.;
- NU MARK LLC
- NU MARK INNOVATIONS LTD.

Dated: May 22, 2024,                    Respectfully Submitted,

/s/ Randi Kassan
*Attorney for Plaintiff*

---

[1] To the extent Plaintiff has asserted any other claims against any other defendant(s) not referenced herein, Plaintiff **does not** dismiss any pending claims against those defendant(s).  For clarity, Plaintiff previously dismissed claims against JUUL Labs Inc., PAX Labs Inc., the Management Defendants, the E-Liquid Manufacturing Defendants, the Distributor Defendants, and the Retailer Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on __May 22, 2024,__ I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/* Randi Kassan

4868-5752-7227, v. 1